UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

13-3589448

-----------------------------------------------------------X

In re:  Chapter 13

    WISE K. YASHAYA,  Case No. 1-08-40314 (608)

             Debtor.  **STIPULATION**

-----------------------------------------------------------X

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2008 FEB 25  P 12: 43

RECEIVED/MR

    WHEREAS, a petition for relief having been filed under Chapter 7 by Wise K. Yashaya on January 21, 2008 and April 14, 2008 having been fixed as the last date by which an objection to discharge may be filed and the undersigned parties being desirous of extending the time for the Chapter 7 Trustee, Robert L. Geltzer, to file an objection to discharge; it is therefore

    STIPULATION AND AGREED that the time for Robert L. Geltzer, Chapter 7 Trustee, to file a Complaint objecting to the debtor's discharge be and the same is hereby extended until June 13, 2008.

Dated: New York, New York
        February 15, 2008

                                                    /s/ Robert L. Geltzer
                                                   ROBERT L. GELTZER (RG 4656)
                                                   Chapter 7 Trustee
                                                   Law Offices of Robert L. Geltzer
                                                   1556 Third Avenue, Suite 505
                                                    New York, New York 10128
                                                    (212) 410-0100

Dated: Garden City, New York
        February 15, 2008

                                                   /s/ Stuart P. Gelberg
                                                   STUART P. GELBERG (SG6986)
                                                   Attorney for the Debtor
                                                   600 Old Country Road, Suite 410
                                                   Garden City, New York 11530-2009
                                                   (516) 228-4280

**SO ORDERED**

**s/ CARLA E. CRAIG**
_____
CARLA E. CRAIG
UNITED STATES BANKRUPTCY JUDGE

Dated: Brooklyn, New York
       _____3/3_____, 2008